This decision of the New Mexico Court of Appeals was not selected for publication in the New Mexico Appellate Reports.  Refer to Rule 12-405 NMRA for restrictions on the citation of unpublished decisions.  Electronic decisions may contain computer-generated errors or other deviations from the official version filed by the Court of Appeals.

### IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**No. A-1-CA-38936**

**KENNETH COOPER a/k/a
KENNETH E. COOPER, JR. a/k/a
KENNETH EDWARD COOPER,**

      Petitioner-Appellant,

v.

**ARIANE COOK,**

      Respondent-Appellee.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY
Mary W. Rosner, District Judge**

Kenneth E. Cooper, Jr.
Las Cruces, NM

Pro Se Appellant

New Mexico Legal Group, P.C.
Amy B. Bailey
Las Cruces, NM

for Appellee

### MEMORANDUM OPINION

**HANISEE, Chief Judge.**

**{1}** Petitioner appealed following the entry of an order of protection and an order modifying a child custody arrangement. We previously issued a notice of proposed summary disposition in which we proposed to affirm. Respondent filed a timely memorandum in support. No memorandum in opposition has been submitted, and the filing deadline has passed.

**{2}** Accordingly, for the reasons previously stated, we affirm.

**{3}** IT IS SO ORDERED.

**J. MILES HANISEE, Chief Judge**

**WE CONCUR:**

**KRISTINA BOGARDUS, Judge**

**ZACHARY A. IVES, Judge**